**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 00-10400**
**Summary Calendar**

**ALAN ROUSH & ASSOCIATES, INC.,**

**Plaintiff-Appellant,**

**VERSUS**

**ALL-CLAD METAL CRAFTERS, INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Northern District of Texas

(3:99-CV-1037-M)

October 16, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Alan Roush & Associates, Inc. ("Roush") sued All-Clad Metal Crafters, Inc. ("All-Clad") in Texas state court for breach of an independent sales representative agreement between them. All-Clad removed the suit to federal district court on diversity jurisdiction. All-Clad moved for summary judgment on the grounds

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that there was no breach of the "at-will" independent sales representative agreement. The district court granted All-Clad's motion for summary judgment for reasons stated orally at the conclusion of the hearing. Roush timely appeals.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated orally by the district judge, we affirm the grant of summary judgment in favor of All-Clad.

**AFFIRMED.**